**STATE of Missouri, Respondent,**

v.

**Ronald E. BELL, Appellant.**

**No. WD 47005.**

Missouri Court of Appeals,
Western District.

July 13, 1993.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and TURNAGE and KENNEDY, JJ.

**ORDER**

PER CURIAM.

Appeal from a conviction of one count of tampering in the first degree, section 569.-080.1(2), RSMo 1986. Appellant was sentenced as a prior offender to three years imprisonment.

Conviction affirmed pursuant to Rule 30.-25(b).

**Charles Henderson LEE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 46870.**

Missouri Court of Appeals,
Western District.

July 13, 1993.

Janet M. Thompson, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David B. Cosgrove, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and TURNAGE and KENNEDY, JJ.

**ORDER**

PER CURIAM.

Appeal from denial of Rule 24.035 motion for postconviction relief after evidentiary hearing.

Judgment affirmed. Rule 84.16(b).